UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TREY BLAINE, </br></br> Plaintiff, </br></br> v. </br></br> INDIANA DEPARTMENT OF CORRECTIONS, </br> CHRISTINA REAGLE, </br> TRICIA PRETORIUS, </br> MAJOR DURREGAR, </br> CARMEN BABB, </br> HEATHER RUSSELL, </br></br> Defendants. | No. 2:24-cv-00209-MPB-MKK |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is dismissed without prejudice for failure to prosecute.

Date: July 28, 2025

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

TREY BLAINE
No Address Provided – Clerk to Provide Copy Upon Request